# In the United States Court of Federal Claims

|  |  |  |
|---|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY, | ) ) ) ) | |
| Plaintiff, | ) ) | No. 16-804C |
| v. | ) ) | Filed: September 15, 2016 |
| THE UNITED STATES, | ) ) ) | |
| Defendant. | ) | |

## DISMISSAL ORDER

On September 9, 2016, plaintiff filed a motion to dismiss in the above-captioned matter (docket entry 8). In that motion, plaintiff represents that the parties have agreed to resolve all claims asserted in this matter and requests that the Court enter an order dismissing, with prejudice, all of the claims it asserted against the defendant.

In view of the foregoing and for good cause shown, the Court **DISMISSES** this matter, with prejudice, pursuant to Rule 41(a)(2) of the Rules of the United States Court of Federal Claims.

The Clerk is directed to enter judgement accordingly.

Each party to bear its own costs.

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
Judge